# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 3:20-CR-006-RCJ-WGC |
|---|---|
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| FIDEL RODRIGUEZ, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(A) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Fidel Rodriguez to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Indictment and shown by the United States to have the requisite nexus to the offenses to which Fidel Rodriguez pled guilty. Indictment, ECF No. 12; Plea Agreement, ECF No. 36; Change of Plea, ECF No. 37; Preliminary Order of Forfeiture, ECF No. 41.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 2, 2020, through August 31, 2020, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 42-1, p. 5.

1  This Court finds no petition was filed herein by or on behalf of any person or entity
2  and the time for filing such petitions and claims has expired.
3  This Court finds no petitions are pending with regard to the property named herein
4  and the time for presenting such petitions has expired.
5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
6  all possessory rights, ownership rights, and all rights, titles, and interests in the property
7  hereinafter described are condemned, forfeited, and vested in the United States pursuant to
8  Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. §
9  924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(A) with 28 U.S.C.
10 § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:
11    1. SCCY, Model CPX3, .380 Caliber pistol, bearing serial number A000477; and
12    2. any and all compatible ammunition
13 (all of which constitutes property).
14 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all
15 forfeited funds, including but not limited to, currency, currency equivalents, certificates of
16 deposit, as well as any income derived as a result of the government's management of any
17 property forfeited herein, and the proceeds from the sale of any forfeited property shall be
18 disposed of according to law.
19 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
20 copies of this Order to all counsel of record.
21 DATED the 23rd day of November, 2020.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

    A copy of the foregoing was served upon counsel of record via Electronic Filing on November 5, 2020.

                                          /s/ Heidi L. Skillin
                                          HEIDI L. SKILLIN
                                          FSA Contractor Paralegal