UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FIDEL RODRIGUEZ,<br><br>Defendant. | 3:20-cr-00006-RCJ-WGC<br><br><br><br>**ORDER** |

Based upon the pending application of the government, and good cause appearing,

**IT IS HEREBY ORDERED** that the attorney-client privilege in the above-captioned case between the defendant and Assistant Federal Public Defender Kate Berry shall be deemed waived for all purposes relating to defendant's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody. Ms. Berry shall, within 30 days of this order, provide the government with an affidavit or declaration concerning all information known by her related to the contentions raised in defendant's motion. Further, Ms. Berry may communicate with government counsel, and shall provide any supporting documentation regarding all matters put at issue in defendant's motion.

The government shall have an additional 45 days, after receiving Ms. Berry's affidavit or declaration, to file its response to defendant's 2255 motion.

DATED this 2nd day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE