JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
MEGAN RACHOW
Nevada Bar No. 8231
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada  89501
(775) 784-5438
Megan.Rachow@usdoj.gov
Andrew.Keenan@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>         v.<br><br>FIDEL RODRIGUEZ,<br><br>                          Defendant. | Case No. 3:20-cr-0006-RCJ-WGC<br>**ORDER ON**<br>**STIPULATION TO EXTEND TIME**<br>**TO FILE RESPONSE TO MOTION**<br>**FOR COMPASSIONATE RELEASE**<br>**[ECF #83]**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and through Jason Frierson, United States Attorney for the District of Nevada, Megan Rachow, Assistant United States Attorney, counsel for the United States of America, and Kathleen Bliss, counsel for Defendant Fidel Rodriguez, to extend the time in which the Government's Response to the Defendant's Motion for Compassionate Release [ECF #83] is due from May 26, 2023, to June 2, 2023. Defendant's Replies to the Government's Response would then be due on June 9, 2023, however, the Government would not object if the defendant needed additional time to respond.

This stipulation is being entered into because the government needs additional time to review the defendant's filing and conduct legal research.  The additional time requested for the stipulation is made in good faith and not for the purposes of delay.  This is the first request for a continuance.

DATED: May 22, 2023.

JASON M. FRIERSON
United States Attorney

*/s/ Megan Rachow*
MEGAN RACHOW
Assistant United States Attorney

*/s/ Kathleen Bliss*

Counsel for Defendant Fidel Rodriguez

IT IS SO ORDERED.

DATED: This 22nd day of May, 2023.

_____
HON. ROBERT C. JONES
UNITED STATES DISTRICT JUDGE