UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br>　v.<br>FIDEL RODRIGUEZ,<br>　　　　　Defendant. | Case No. 3:20-CR-00006-ART-CLB<br><br>ORDER RE: PRODUCTION OF<br>　　CURRENT DOCUMENTS |

The Court held a hearing regarding Defendant Fidel Rodriguez's motion for compassionate release (ECF No. 83) on April 24, 2025. This order instructs the parties on next steps required before the Court rules on the pending motion.

## I.  Background

In November 2020, Defendant entered a binding guilty plea for one count of Hobbs Act robbery, 18 U.S.C. § 1951, and one count of use of a firearm in relation to a crime of violence, 18 U.S.C. § 924(c)(1)(A)(ii), after robbing three convenience stores while mentally unwell. (*See* ECF No. 49.) Two-and-a-half years later, Defendant moved for compassionate release under the First Step Act. (ECF No. 83.) A year after that, while Defendant's motion for compassionate release was pending, this case was transferred to this Court. (*See* ECF No. 98.)

At the Court's recent hearing on the motion, the parties acknowledged that relevant records from the Bureau of Prisons ("BOP") were almost two years out of date. At the hearing, the Government agreed to seek updated records from the BOP since its last filing of these records in May 2023. (*See* ECF Nos. 88, 89.)

## II.  Conclusion

Accordingly, the Court orders the Government to expeditiously provide updated records from BOP, including the BOP's release plan for Defendant. If

BOP cannot provide a release plan, the Government must indicate when that plan is expected, then supplement the record when it becomes available.

The Court orders the parties to meet, confer, and jointly file a proposed scheduling order for supplemental briefing soon after the Government has obtained and provided the records to Defendant.

Dated this 28th day of April, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE